## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| Honorable | JACK B. SCHMETTERER | Hearing Date | September 10, 2015 |
|---|---|---|---|

| Bankruptcy Case No. | 14 B 34382 | Adversary No. | |
|---|---|---|---|

**Title of Case**    In re: Margrette David

**Brief Statement of Motion**    Motion for Relief from Automatic Stay by Bank of America, N.A. (Docket No. 71)

**Names and Addresses of moving counsel**

Representing

## *ORDER*

**IT IS HEREBY ORDERED THAT:**

Following the taking of final evidence on the Motion September 8, 2015, for reasons stated from the bench, the Motion will be conditionally *denied*, that condition being that Debtor supply all her business records of income and expenses for the year 2015 from January 1, 2015 through August, 2015 and record all income and expenses for that period into a ledger which can be expanded to cover the entire calendar year; and that she do so by November 8, 2015 and produce that ledger in open court on November 10, 2015, at 11:00 a.m.  The Motion for Relief may be allowed at said date and time if she fails to do so, but otherwise will be denied.

Enter:

Jack B. Schmetterer, U.S.B.J.