# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

**Honorable:** Judge Jack B. Schmetterer

**Hearing Date:** December 1, 2015

**Bankruptcy Case No.:** 14 B 34382

**Adversary No.:**

**Title of Case:** In re: Margrette David

**Brief Statement of Motion:** Debtor's Motion to Modify Plan

**Names and Addresses of moving counsel:**

**Representing:**

## ORDER

**IT IS HEREBY ORDERED that:**

Debtor allowed to file final Plan which was filed November 23, 2015.

ENTER:

JACK B. SCHMETTERER, USBJ