United States Bankruptcy Court
Northern District of Illinois
Eastern Division

| In re: | Case No. 14 B 34382 |
|---|---|
| Margrette David | Chapter 13 |
| Debtor. | |

## ORDER OVERRULING BANK OF AMERICA'S
## OBJECTION TO FINAL PROPOSED CHAPTER 13 PLAN

For reasons stated from the bench which will stand as the court's findings of fact and conclusions of law following the evidentiary hearing held on December 1, 2015 and concluded today, **it is hereby ordered and adjudged:**

1. The Objection by Bank of America, N.A. to Debtor's final proposed chapter 13 plan is overruled;

2. Debtor may proceed to a hearing on confirmation of her pending final proposed chapter 13 plan which is set Dec 30th, 2015 at 11:00 AM

ENTER:

Jack B. Schmetterer
United States Bankruptcy Judge

Dated this 8th day of December, 2015